IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20433
Summary Calendar

_____


DARRYL WAYNE BROCK,

                                        Plaintiff-Appellant,


versus


R. ACREMAN; ET AL.,

                                        Defendants,


J.D. BALLARD,

                                        Defendant-Appellee.



- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-92-3520
- - - - - - - - - -
May 13, 1997
Before SMITH, DUHE' and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Darryl Wayne Brock (a/k/a Darryl Wayne Bell), Texas prisoner

# 611583, moves this court for leave to proceed in forma pauperis

(IFP) on appeal from the grant of summary judgment in favor of

the defendants and the dismissal of his civil rights complaint.

On January 29, 1997, Chief Judge Politz ordered Brock to comply

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

with the Prison Litigation Reform Act of 1995 (PLRA) by filing an affidavit setting forth all assets Brock possesses and filing a certified statement by the custodian of Brock's prison trust-fund account, stating the average balance in the account for the six-month period preceding April 8, 1996.  The order held Brock's appeal in abeyance for 30 days pending payment of the $105 filing fee or the submission of the required documents pursuant to the PLRA.  The documentation submitted by Brock does not comply with the requirements imposed by the PLRA because he did not submit information regarding his prison trust-fund account.  See 28 U.S.C. § 1915(a), (b).  Accordingly, Brock's motion for leave to proceed IFP on appeal is DENIED, and his appeal is dismissed for want of prosecution.  See 5th Cir. R. 42.3.  Should Brock wish to reinstate his appeal, he is instructed to pay the $105 filing fee to the clerk of the district court within 30 days from the date of this order.

MOTION DENIED.  APPEAL DISMISSED.